UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTOPHER HARMAN, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> STELLANTIS N.V., JOHN JACOB PHILIP ELKANN, DOUGLAS R. OSTERMANN, ANTONIO FILOSA, AND JOAO LARANJO, <br><br> Defendants. | No. 1:26-cv-02839-LAK |

**STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME TO RESPOND TO COMPLAINT**

**WHEREAS**, the above-captioned action is a putative class action that is subject to the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. §§ 78u-4, et seq., including the statutory provisions for appointment of lead plaintiff, 15 U.S.C. § 78u-4(a)(3);

**WHEREAS**, the deadline for motions to appoint a lead plaintiff has not yet passed;

**WHEREAS**, the undersigned parties anticipate that the Court-appointed lead plaintiff will either adopt the initial complaint (ECF No. 1) (the "Complaint") or seek leave to file an amended complaint;

**WHEREAS**, the PSLRA also provides that all discovery in this action is automatically stayed during the pendency of any motion to dismiss, *see* 15 U.S.C. § 78u-4(b)(3)(B);

**WHEREAS**, the Court has ordered counsel to meet and confer regarding an agreed scheduling order for this action by May 6, 2026, and has directed counsel to participate in a video conference on May 13, 2026 at 10:30 AM if a consent order is not filed within the time provided (ECF No. 5).

14301770

-1-

**WHEREAS**, in light of the foregoing, the undersigned parties have conferred and respectfully submit that it would be premature to conduct such a conference or set a pretrial schedule for this action; and

**WHEREAS**, the undersigned parties, through their respective assigned attorneys, respectfully submit that until the Court appoints a lead plaintiff and lead counsel in this action, and until such lead plaintiff and lead counsel determine their pleading for future purposes, Defendants should not be required to respond to the Complaint currently filed in this action;

**NOW, THEREFORE**, the undersigned parties to this action, by their respective undersigned attorneys, **STIPULATE** and **AGREE** that:

1.      The time for Defendants to answer, move to dismiss, or otherwise respond to the pending Complaint pursuant to deadlines under Rule 12 of the Federal Rules of Civil Procedure shall be extended until (i) the appointment of lead plaintiff pursuant to the PSLRA, (ii) the lead plaintiff serves an operative complaint, and (iii) Defendants and lead plaintiff agree to a schedule for Defendants to respond to the operative complaint and a schedule for any anticipated briefing.

2.      The undersigned counsel for Defendants agree to accept service in the above action on behalf of Defendant Stellantis N.V., as well as individual Defendants John Jacob Philip Elkann, Douglas R. Ostermann, Antonio Filosa, and Joao Laranjo.  Defendants expressly reserve and do not waive all rights, objections and defenses, except for insufficiency of service of process.

3.      The operative pleading, and the due date for Defendants to respond to that pleading, will be set after the Court appoints a lead plaintiff and lead counsel.  Within fourteen (14) days after the appointment of a lead plaintiff and lead counsel, the parties will confer in good faith and submit a proposed schedule for filing of an amended complaint or the designation

14301770

of an operative complaint, and the time for Defendants to answer, move to dismiss, or otherwise respond to that complaint.

4.      Nothing herein shall be deemed to constitute a waiver of any rights, defenses, objections, or any other application to any court that any party has with respect to the claims set forth in the Complaint already filed in this action.

**SO STIPULATED AND AGREED**

Date:  May 5, 2026

By:  _/s/ Adam M. Apton*_
       ***Signature used with permission pursuant
       to S.D.N.Y. ECF Rule 8.5
       **LEVI & KORSINSKY, LLP**
       Adam M. Apton
       33 Whitehall Street
       27th Floor
       New York, NY 10004
       Telephone: (212) 363-7500
       Facsimile: (212) 363-7171
       aapton@zlk.com

_Counsel for Plaintiff Christopher Harman_

By:  _/s/Mary Eaton_
       **FRESHFIELDS US LLP**
       Mary Eaton
       3 World Trade Center
       175 Greenwich Street, 51st Floor
       New York, New York 10007
       Telephone: (212) 277-4000
       Facsimile: (212) 277-4001
       mary.eaton@freshfields.com

_Counsel for Defendants Stellantis N.V., John
Jacob Philip Elkann, Douglas R. Ostermann,
Antonio Filosa, and Joao Laranjo_

**IT IS SO ORDERED.**

Dated:  May ___, 2026

_____

Hon. Lewis A. Kaplan

14301770

-3-