UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————— x

CHRISTOPHER HARMAN, Individually and :
on Behalf of All Others Similarly Situated,

                Plaintiff,

    vs.

STELLANTIS N.V., JOHN JACOB PHILIP
ELKANN, DOUGLAS R. OSTERMANN,
ANTONIO FILOSA, and JOAO LARANJO,

           Defendants.

———————————————————— x

Civil Action No. 1:26-cv-02839-LAK

CLASS ACTION

[PROPOSED] ORDER APPOINTING LEAD
PLAINTIFF AND APPROVING LEAD
PLAINTIFF'S SELECTION OF LEAD
COUNSEL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 07/02/2026

4938-0325-4451

Having considered David Yakim's Motion for Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead Counsel, IT IS HEREBY ORDERED THAT:

1.    The Motion is GRANTED.

2.    David Yakim is appointed as Lead Plaintiff for the class pursuant to 15 U.S.C. §78u-4(a)(3)(B)(iii).

3.    David Yakim's selection of Robbins Geller Rudman & Dowd LLP as Lead Counsel is hereby approved, under 15 U.S.C. §78u-4(a)(3)(B)(v).  Lead Counsel shall have the following responsibilities and duties on behalf of Lead Plaintiff and the putative class:

(a)    the briefing and argument of any and all motions;

(b)    the conduct of any and all discovery proceedings including depositions;

(c)    settlement negotiations;

(d)    the pretrial discovery proceedings and the preparation for trial and the trial of this matter, and delegation of work responsibilities to selected counsel as may be required;

(e)    the preparation and filing of all pleadings; and

(f)    the supervision of all other matters concerning the prosecution or resolution of the consolidated action.

4.    All securities class actions arising out of the same facts and claims on behalf of purchasers of Stellantis N.V. securities subsequently filed in, or transferred to, this District shall be consolidated into this action.  The parties shall notify the Court of any other such related action within a reasonable time of becoming aware of such related action.  This Order shall apply to every such action, absent an order of the Court.  A party objecting to such consolidation, or to any other provisions of this Order, must file an application for relief from this Order within ten days after the action is consolidated into this action.

4938-0325-4451

5.    Every pleading in this action, and any related action that is consolidated with this Action, shall hereafter bear the following caption:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE STELLANTIS N.V. SECURITIES LITIGATION | ) ) ) ) | Civil Action No. 1:26-cv-02839-LAK<br><br>CLASS ACTION |

6.    Counsel in any related action that is consolidated with this action shall be bound by the organization of plaintiffs' counsel as set forth herein.

IT IS SO ORDERED.

DATED:  July 2, 2026

THE HONORABLE LEWIS A. KAPLAN
UNITED STATES DISTRICT JUDGE

- 2 -

4938-0325-4451