UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------x

CHRISTOPHER HARMAN,

              Plaintiff,

      -against-                              26-cv-2839 (LAK)

STELLANTIS N.V., *et al.*,

              Defendants.

------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 07/02/2026

## ORDER

LEWIS A. KAPLAN, *District Judge.*

      Substantially for the reasons stated in David Yakim's motion papers (Dkts 22, 32), David Yakim's motion for appointment as lead plaintiff (Dkt 21) is GRANTED. The motions of Mohamed Hammadi (Dkt 12), Bobby Miller (Dkt 15), Sherri L. McFarland (Dkt 17), and David Powell (Dkt 25) are DENIED.

      SO ORDERED.

Dated:      July 2, 2026

                                     _____
                                        Lewis A. Kaplan
                                        United States District Judge