UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re STELLANTIS N.V. SECURITIES LITIGATION | Case No. 1:26-cv-02839-LAK |

**DECLARATION OF ADAM ROSENFELD IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT**

I, Adam Rosenfeld, declare pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the following is true and correct:

1. I am a member of the Bar of this Court and a special counsel at the law firm of Freshfields US LLP, counsel for Defendants Stellantis N.V. ("Stellantis"), John Jacob Philip Elkann, Douglas R. Ostermann, Antonio Filosa, and Joao Laranjo in the above-captioned matter. I respectfully submit this declaration in support of Defendants' Motion to Dismiss the Amended Complaint, filed simultaneously herewith (the "Motion"). The facts set forth in this declaration are based on my personal knowledge, information, and belief, unless otherwise stated.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Amended Class Action Complaint filed by lead plaintiff David Yakim on August 31, 2026 (ECF 44).

3. Attached hereto as Exhibit 2 is a true and correct copy of Stellantis's Form 6-K, filed with the SEC on March 1, 2022, attaching as an exhibit a press release, entitled "Dare Forward 2030: Stellantis' Blueprint for Cutting-Edge Freedom of Mobility."

4. Attached hereto as Exhibit 3 is a true and correct copy of slides for a presentation by Stellantis, entitled "Long-Term Strategic Plan," presented on March 1, 2022.

5. Attached hereto as Exhibit 4 is a true and correct copy of a corrected transcript obtained from AlphaSense, of an analyst meeting hosted by Stellantis on March 1, 2022.

6. Attached hereto as Exhibit 5 are true and correct excerpts of Stellantis's Annual Report on Form 20-F for the period ended December 31, 2022, filed with the SEC on February 24, 2023.

7. Attached hereto as Exhibit 6 are true and correct excerpts of Stellantis's Annual Report on Form 20-F for the period ended December 31, 2023, filed with the SEC on February 22, 2024.

8. Attached hereto as Exhibit 7 is a true and correct copy of an article entitled "Mercedes and Stellantis Press Pause on EV Battery Factories (1)," published by Bloomberg, dated June 4, 2024.

9. Attached hereto as Exhibit 8 is a true and correct copy of a transcript obtained from S&P Global, of Stellantis's Investor Day presentation conducted on June 13, 2024.

10. Attached hereto as Exhibit 9 is a true and correct copy of Stellantis's Form 6-K, filed with the SEC on July 25, 2024, attaching as an exhibit a press release, entitled "With Important Product-Led Transition Year Underway, Stellantis Delivers €5.6 Billion Net Profit, €8.5 Billion AOI and 10% AOI Margin in the First Half of 2024."

11. Attached hereto as Exhibit 10 is a true and correct copy of slides for a presentation by Stellantis, entitled "First Half 2024 Results," presented on July 25, 2024.

12. Attached hereto as Exhibit 11 are true and correct excerpts of Stellantis's Form 6-K, filed with the SEC on September 30, 2024, attaching as an exhibit a press release, entitled "Stellantis Updates 2024 Financial Guidance."

13. Attached hereto as Exhibit 12 are true and correct excerpts of Stellantis's Form 6-K, filed with the SEC on October 10, 2024, attaching as an exhibit a press release, entitled "Stellantis Leverages Its Management Organisation with Changes to Drive Performance Under the Leadership of Carlos Tavares."

14. Attached hereto as Exhibit 13 is a true and correct copy of slides for a presentation by Stellantis, entitled "Q3 2024 Shipments and Revenues," presented on October 31, 2024.

15. Attached hereto as Exhibit 14 is a true and correct copy of a transcript obtained from S&P Global, of a sales/trading statement call hosted by Stellantis on October 31, 2024.

16. Attached hereto as Exhibit 15 is a true and correct copy of Stellantis's Form 6-K, filed with the SEC on December 2, 2024, attaching as exhibits press releases, entitled "Board Accepts Carlos Tavares' Resignation as Chief Executive Officer," and "Stellantis Organizational Announcement."

17. Attached hereto as Exhibit 16 is a true and correct copy of a press release, entitled "Range-extended Ram 1500 Ramcharger to Lead Brand's Electrification Push," issued by Stellantis, dated December 18, 2024.

18. Attached hereto as Exhibit 17 is a true and correct copy of an article, entitled "Ram's New CEO Says Company 'Not Living up to the Expectations'," published by Newsweek, dated January 16, 2025.

19. Attached hereto as Exhibit 18 is a true and correct copy of an article, entitled "Stellantis to make hybrid vehicle parts at Termoli plant earmarked for EV batteries," published by Reuters, dated February 17, 2025.

20. Attached hereto as Exhibit 19 is a true and correct copy of Stellantis's Form 6-K, filed with the SEC on February 26, 2025, attaching as an exhibit a press release, entitled "Stellantis Delivers Full Year 2024 Results Consistent with Updated Financial Guidance; Expects Return to Profitable Growth and Positive Cash Generation in 2025."

21. Attached hereto as Exhibit 20 is a true and correct copy of slides for a presentation by Stellantis, entitled "Full Year 2024 Results," presented on February 26, 2025.

22. Attached hereto as Exhibit 21 is a true and correct copy of a corrected transcript obtained from AlphaSense, of an earnings call hosted by Stellantis on February 26, 2025.

23. Attached hereto as Exhibit 22 are true and correct excerpts of Stellantis's Annual Report on Form 20-F for the period ended December 31, 2024, filed with the SEC on February 27, 2025.

24. Attached hereto as Exhibit 23 is a true and correct copy of a press release, entitled "EPA Announces Action to Implement POTUS's Termination of Biden-Harris Electric Vehicle Mandate," issued by the EPA, dated March 12, 2025.

25. Attached hereto as Exhibit 24 is a true and correct copy of the English translation, certification of translation accuracy, and original French transcript obtained from the French Senate website of testimony to the French Senate Committee of Inquiry into the Use of Public Aid to Large Companies and Their Subcontractors by Mr. Jean-Philippe Imparato, Chief Operating Officer Enlarged Europe, on March 31, 2025.

26. Attached hereto as Exhibit 25 is a true and correct copy of a corrected transcript obtained from AlphaSense, of the Annual General Meeting call hosted by Stellantis on April 15, 2025.

27. Attached hereto as Exhibit 26 is a true and correct copy of Stellantis's Form 6-K, filed with the SEC on April 30, 2025, attaching as an exhibit a press release entitled "Stellantis Reports Q1 2025 Net Revenues and Shipments."

28. Attached hereto as Exhibit 27 is a true and correct copy of a corrected transcript obtained from AlphaSense, of a sales and revenue call hosted by Stellantis on April 30, 2025.

29. Attached hereto as Exhibit 28 is a true and correct copy of Stellantis's Form 6-K, filed with the SEC on May 29, 2025, attaching as an exhibit a press release, entitled "Stellantis Announces Antonio Filosa - 25-Year Veteran of the Company - to Be Its New Chief Executive Officer."

30. Attached hereto as Exhibit 29 is a true and correct copy of a corrected transcript obtained from AlphaSense, of a portion of the Bernstein Strategic Decisions Conference conducted on May 29, 2025.

31. Attached hereto as Exhibit 30 is a true and correct copy of a press release, entitled "The Legend Returns: 2026 Ram 1500 Offers 5.7-liter HEMI® V-8 eTorque Engine with Proven Performance and Capability," issued by Stellantis, dated June 5, 2025.

32. Attached hereto as Exhibit 31 is a true and correct copy of a press release, entitled "Tim Kuniskis Appointed to Lead Stellantis American Brands and North America Marketing and Retail Strategy, Company Revives Iconic SRT Performance Division," issued by Stellantis, dated July 2, 2025.

33. Attached hereto as Exhibit 32 are true and correct excerpts of Stellantis's Form 6-K, filed with the SEC on July 21, 2025, attaching as an exhibit a press release, entitled "Stellantis Publishes Preliminary and Unaudited Key Figures for First Half 2025."

34. Attached hereto as Exhibit 33 is a true and correct copy of a corrected transcript obtained from AlphaSense, of a guidance call hosted by Stellantis on July 21, 2025.

35. Attached hereto as Exhibit 34 is a true and correct copy of Stellantis's Form 6-K, filed with the SEC on July 29, 2025, attaching as an exhibit a press release, entitled "Stellantis Reports First Half 2025 Results Reflecting External Headwinds and Ongoing Recovery Actions; Financial Guidance Re-Established."

36. Attached hereto as Exhibit 35 is a true and correct copy of slides for a presentation by Stellantis, entitled "H1 2025 Results," presented on July 29, 2025.

37. Attached hereto as Exhibit 36 is a true and correct copy of a corrected transcript obtained from AlphaSense, of an earnings call hosted by Stellantis on July 29, 2025.

38. Attached hereto as Exhibit 37 are true and correct excerpts of Stellantis's Form 6-K, filed with the SEC on July 29, 2025, attaching as an exhibit the Semi-Annual Report as of and for the six months ended June 30, 2025.

39. Attached hereto as Exhibit 38 is a true and correct copy of an analyst report concerning Stellantis published by J.P. Morgan Chase & Co., dated July 29, 2025.

40. Attached hereto as Exhibit 39 is a true and correct copy of a corrected transcript obtained from AlphaSense, of a portion of the Kepler Cheuvreux Autumn Conference conducted on September 11, 2025.

41. Attached hereto as Exhibit 40 is a true and correct copy of Stellantis's Form 6-K, filed with the SEC on September 30, 2025, attaching as an exhibit a press release, entitled "Stellantis Appoints Joao Laranjo as Chief Financial Officer."

42. Attached hereto as Exhibit 41 is a true and correct copy of a transcript obtained from the Stellantis website, of a shipments estimates pre-close call hosted by Stellantis on October 10, 2025.

43. Attached hereto as Exhibit 42 is a true and correct copy of Stellantis's Form 6-K, filed with the SEC on October 15, 2025, attaching as an exhibit a press release, entitled "Stellantis to Invest $13 Billion to Grow in the United States."

44. Attached hereto as Exhibit 43 is a true and correct copy of slides for a presentation by Stellantis, entitled "Shipments and Revenues Q3 2025," presented on October 30, 2025.

45. Attached hereto as Exhibit 44 is a true and correct copy of a corrected transcript obtained from AlphaSense, of a sales and revenue call hosted by Stellantis on October 30, 2025.

46. Attached hereto as Exhibit 45 is a true and correct copy of an analyst report concerning Stellantis published by Deutsche Bank AG, dated October 30, 2025.

47. Attached hereto as Exhibit 46 is a true and correct copy of an analyst report concerning Stellantis published by BNP Paribas Group, dated October 31, 2025.

48. Attached hereto as Exhibit 47 is a true and correct copy of an analyst report concerning Stellantis published by HSBC Bank plc, dated November 3, 2025.

49. Attached hereto as Exhibit 48 is a true and correct copy of an analyst report concerning Stellantis published by J.P. Morgan Chase & Co., dated November 18, 2025.

50. Attached hereto as Exhibit 49 is a true and correct copy of a corrected transcript obtained from AlphaSense, of a portion of the Goldman Sachs Industrials and Autos Week Conference conducted on December 4, 2025.

51. Attached hereto as Exhibit 50 is a true and correct copy of an analyst report concerning Stellantis published by Intesa Sanpaolo, dated December 4, 2025.

52. Attached hereto as Exhibit 51 is a true and correct copy of an analyst report concerning Stellantis published by Banca Akros SpA, dated December 5, 2025.

53. Attached hereto as Exhibit 52 are true and correct excerpts of Stellantis's Form 6-K, filed with the SEC on February 6, 2026, attaching as exhibits press releases entitled "Stellantis Resets its Business to Meet Customer Preferences and to Support Profitable Growth," and "Stellantis Reports Q4 2025 Estimated Consolidated Shipments of 1.5 Million Units, +9% y-o-y."

54. Attached hereto as Exhibit 53 is a true and correct copy of slides for a presentation by Stellantis, entitled "Preliminary Financial Results H2 2025," presented on February 6, 2026.

55. Attached hereto as Exhibit 54 is a true and correct copy of a transcript obtained from the Stellantis website, of a preliminary results call hosted by Stellantis on February 6, 2026.

56. Attached hereto as Exhibit 55 is a true and correct copy of an analyst report concerning Stellantis published by Bernstein Societe Generale Group, dated February 6, 2026.

57. Attached hereto as Exhibit 56 is a true and correct copy of an analyst report concerning Stellantis published by HSBC Bank plc, dated February 6, 2026.

58. Attached hereto as Exhibit 57 are true and correct excerpts of Stellantis's Annual Report on Form 20-F for the period ended December 31, 2025, filed with the SEC on February 26, 2026.

Dated: October 30, 2026
New York, New York

Adam Rosenfeld